WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Antwain Chambers,<br><br>　　　　　　Defendant. | No. CR 05-0367-PHX-JAT<br><br>**ORDER** |

Pending before the Court is Defendant's Motion for Expungement of Felony (Doc. 71). The Court now rules on the Motion.

On February 24, 2006, Defendant pled guilty to a violation of 26 U.S.C. §§ 5861(d) and 5871; Possession of an Unregistered Machine Gun. On May 30, 2006, Defendant was sentenced to five years' probation. On May 29, 2007, Defendant's probation was reinstated for a period of five years after he admitted to two violations of probation.

Defendant, pro se, now moves to expunge his conviction for possession of an unregistered machine gun. Defendant states that his felony conviction has impeded his efforts to sustain a career and take care of his five children. In response, the Government argues that the Court lacks jurisdiction to grant Defendant's Motion for Expungement based on equitable considerations. Defendant did not file a reply.

Defendant does not cite to any statute or other authority that would allow this Court to "expunge" the records of his conviction. There are certain circumstances under which a federal court has the power to expunge a criminal record. *See U.S. v. Sumner*,

226 F.3d 1005, 1012-1013 (9th Cir. 2000) (listing authority and statutes giving a district court power to expunge a criminal record).  However, the Ninth Circuit Court of Appeals has held that the district court does not have ancillary jurisdiction to expunge criminal records of a valid arrest and conviction where the Defendant seeks to expunge the conviction solely on equitable grounds. *Id.* at 1014.  Accordingly, because Defendant seeks expungement of his criminal conviction solely on equitable grounds, the Court lacks jurisdiction to grant Defendant the relief he requests.

Based on the foregoing,

**IT IS ORDERED** that Defendant's Motion for Expungement of Felony (Doc. 71) is denied.

Dated this 4th day of September, 2013.

James A. Teilborg
Senior United States District Judge